# LaRocca Hornik Rosen & Greenberg LLP
### COUNSELORS AT LAW

THE TRUMP BUILDING
40 WALL STREET
32ND FLOOR
NEW YORK, NY 10005
212.530.4823
212.530.4815 FAX

LHRGB.COM

FREEHOLD COMMONS
83 SOUTH STREET
3RD FLOOR
FREEHOLD, NJ 07728
732.409.1144
732.409.0350 FAX

PRIVATE LENDER GROUP
212.536.3529
732.625.2463 FAX

FRANK J. LaROCCA ⋄○
JONATHAN L. HORNIK
LAWRENCE S. ROSEN
ROSE GREENBERG ⋄
AMY D. CARLIN ⋄
PATRICK McPARTLAND ⋄
DAVID N. KITTREDGE ⋄
JARED E. BLUMETTI
FAISAL R. LATEEF ⋄
SANFORD HAUSLER ⋄
BRYAN A. CHRISTENSON
JASON W. MOUSSOURAKIS ⋄
STAN SHAROVSKIY ⋄
PETER KELEGIAN ⋄
DREW TANNER ‡
LAUREN WEISSMAN-FALK
ANDREW SELEVAN
NELSON DIAZ
DOROTHY BROWN DUNCAN
⋄ NEW YORK BAR ONLY
‡ NEW JERSEY BAR ONLY
○ OF COUNSEL ATTORNEYS
□ CERTIFIED MATRIMONIAL LAW ATTORNEY

**MEMO ENDORSED**

DIRECT DIAL: 212.835.8506
EMAIL: SSHAROVSKIY@LHRGB.COM

October 21, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/21

**VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   JTRE Manhattan Ave. LLC, et al. v. Capital One, N.A., No. 1:21CV5714
      Application to Stay Discovery Pending Motion to Dismiss

Dear Judge Caproni:

The parties to this action submit this application that the remaining discovery in this action be stayed during the pendency of Defendant Capital One's ("Capital One") pending motion, the reply papers to which are due to be filed by Capital One next week, on October 28. *See* ECF No.: 26.

The current Case Management and Scheduling Order, ECF No.: 22, sets forth the following operative deadlines:

Fact discovery          **November 16, 2021**
Expert Discovery        **December 31, 2021**
Pre-Trial Conference    **November 19, 2021**, at 10:00 A.M.

Although discovery has been steadily progressing, in order to conserve party resources, as well as to provide a window for the parties to explore a potential amicable resolution of this lawsuit post-decision, it is respectfully proposed that, upon the issuance of a decision and order on the motion, that the current Case Management and Scheduling Order be amended to provide for an additional 120 days to complete all remaining fact and expert discovery.

L:\18729.04\Federal Case\Correspondence\Hon. Caproni Ltr. 10.21.21.docx

2

Thank you for Your Honor's consideration.

>Respectfully submitted,
>
>*Stan Sharovskiy*
>
>Stan Sharovskiy, Esq.

---

Application GRANTED. All discovery deadlines are hereby ADJOURNED *sine die*. Amendments to the Case Management and Scheduling Order will be considered after the Court issues its order on the pending motion before the Court.

SO ORDERED.

*[signature]* 10/21/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---