```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
 JTRE MANHATTAN AVENUE LLC and JTRE    :
 807 MANHATTAN AVENUE LLC,             :
                                       :
                           Plaintiffs, :
               -against-               :         21-CV-5714 (VEC)
                                       :
 CAPITAL ONE, N.A.,                    :             ORDER
                                       :
                           Defendant.  :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/22

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the Pre-Trial Conference currently scheduled for **April 11, 2022** at **10:00 a.m.** is cancelled.  The Court will refer the parties to their assigned Magistrate Judge for a settlement conference by separate order.

**SO ORDERED.**

**Date: April 8, 2022**
**New York, New York**

                                           **VALERIE CAPRONI**
                                           **United States District Judge**