```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 JTRE MANHATTAN AVENUE LLC and JTRE      :
 807 MANHATTAN AVENUE LLC,               :
                                         :
                         Plaintiffs,     :
                -against-                :
                                         :
 CAPITAL ONE, N.A.,                      :
                                         :
                         Defendant.      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/16/22

21-CV-5714 (VEC)

<u>ORDER</u>

**VALERIE CAPRONI, United States District Judge:**

    IT IS HEREBY ORDERED that the parties must appear for a telephone conference on **June 17, 2022, at 12:00 p.m.** The parties may dial-in at 888-363-4749 / Access Code 3121171# / Security Code 5714#.

**SO ORDERED.**

**Date: June 16, 2022**
**New York, New York**

                          **VALERIE CAPRONI**
                          **United States District Judge**