```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 JTRE MANHATTAN AVENUE LLC and JTRE          :
 807 MANHATTAN AVENUE LLC,                   :
                                             :
                            Plaintiffs,      :
              -against-                      :       21-CV-5714 (VEC)
                                             :
 CAPITAL ONE, N.A.,                          :          ORDER
                                             :
                            Defendant.       :
-------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:   6/17/22   |

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties represent to the Court that they have resolved their discovery dispute;

IT IS HEREBY ORDERED that the telephone conference scheduled for June 17, 2022, at 12:00 p.m is canceled *nunc pro tunc*.

**SO ORDERED.**

Date:  **June 17, 2022**
       **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**