UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JTRE MANHATTAN AVENUE LLC and JTRE          :
807 MANHATTAN AVENUE LLC,                            :
                                                                          :
                                              Plaintiffs,          :
                    -against-                                     :
                                                                          :
CAPITAL ONE, N.A.,                                           :
                                                                          :
                                              Defendant.       :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/12/22

21-CV-5714 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a conference on August 12, 2022;

IT IS HEREBY ORDERED that Plaintiffs must respond to Defendant's pending

Requests for Admission ("RFA") not later than **August 31, 2022**.  All fact discovery, including

all depositions, must be completed by **September 23, 2022**.

IT IS FURTHER ORDERED that the parties must appear for a pretrial conference on

**September 30, 2022, at 10:00 a.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse,

40 Foley Square, New York, NY 10007.  The parties must submit a joint status update including

all the items listed in the Amended Case Management Plan, Dkt. 54 ¶ 10, not later than

**September 22, 2022**.

**SO ORDERED.**

Date:  **August 12, 2022**
           **New York, New York**

                                                            VALERIE CAPRONI
                                                     United States District Judge