```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
JTRE MANHATTAN AVENUE LLC and JTRE    :
807 MANHATTAN AVENUE LLC,             :
                                      :
                        Plaintiffs,   :
        -against-                     :     21-CV-5714 (VEC)
                                      :
CAPITAL ONE, N.A.,                    :     ORDER
                                      :
                        Defendant.    :
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are currently scheduled to appear before the Court for a pretrial conference on Friday, September 30, 2022, at 10:00 a.m.; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that the pre-trial conference is adjourned until **Friday, October 14, at 10:00 a.m.**

**SO ORDERED.**

Date: **September 26, 2022**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**