THE LAW FIRM OF
## JEFFREY S. DWECK, P.C.
43 West 33rd Street • Suite 304
New York, New York 10001

**(212) 967-0500**
**Fax: (212) 967-0501**
**Email: Jeffrey@dweckny.com**

**Jeffrey S. Dweck, Esq.***

\* Also admitted in New Jersey.

February 10, 2023

<u>Via ECF</u>
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    JTRE Manhattan Avenue LLC and JTRE 807 Manhattan Avenue LLC vs. Capital One, N.A.
              Case No. 21-CIV-5714 (JLR)
              <u>Letter Requesting Extension of Time to File Motion</u>

Dear Judge Rochon:

    We represent the plaintiffs in this action and are writing with the consent of all parties.

    At present, pursuant to this Court's Order of January 17, 2023, the parties will be filing motions for summary judgment in accordance with the following stipulated briefing schedule.  We seek a 15-day extension across the board in part because the parties have been working on a <u>Joint</u> Statement of Undisputed Facts and Exhibits which has taken slightly more time than anticipated.

| **Event** | **Current Deadline** | **Requested Deadline** |
|---|---|---|
| Plaintiff's Opening Brief | February 13, 2023 | February 28, 2023 |
| Defendant's Cross-Motion and Opposition Brief | February 27, 2023 | March 14, 2023 |
| Plaintiff's Reply (and Opposition to Defendant's Motion) | March 6, 2023 | March 21, 2023 |
| Defendant's Reply (with respect to its Cross-Motion) | March 13, 2023 | March 28, 2023 |

    We thank the Court for its consideration.

Respectfully submitted,

*[signature]*

THE LAW FIRM OF
JEFFREY S. DWECK, P.C.
