**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JTRE MANHATTAN AVENUE LLC and
JTRE 807 MANHATTAN AVENUE LLC,

                Plaintiffs,

   -against-                                       21cv **CIVIL 5714 (JLR)**

                                                        **JUDGMENT**

CAPITAL ONE, N.A.,

                Defendant.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 25, 2024, final judgment is entered Pursuant to Federal Rule of Civil Procedure 58(d) dismissing Plaintiffs' claims against Defendant for the reasons stated in Dkt. 135, and granting judgment in favor of Defendant and against Plaintiffs in the amount of one dollar as to Defendant's breach of contract counterclaim for Plaintiffs' failure to fix the roof of the property at issue.

**Dated:**  New York, New York

       September 26, 2024

                                                              **DANIEL ORTIZ**
                                                        **Acting Clerk of Court**

                                **BY:**  _____
                                                         **Deputy Clerk**