UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JTRE MANHATTAN AVENUE LLC and JTRE 807 MANHATTAN AVENUE LLC.<br><br>                Plaintiffs,<br><br>-against-<br><br>CAPITAL ONE, N.A.,<br><br>                Defendant. | Case No. 1:21-cv-05714 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On November 25, 2024, this Court granted Capital One's unopposed motion for attorneys' fees, costs and expenses and thereby awarded Capital One $992,248.48 in fees, costs, and expenses. Dkt. 151.

The Clerk of Court is respectfully directed to enter judgment consistent with the Court's Opinion and Order at Dkt. 151, and to further enter abstract of judgment without delay.

Dated: January 2, 2025
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge