**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JTRE MANHATTAN AVENUE LLC and
JTRE 807 MANHATTAN AVENUE LLC,

                        Plaintiffs,                  21 **CIVIL** 5714 (JLR)

      -against-                          **JUDGMENT**
                                             **For Attorney's Fees and Costs**
CAPITAL ONE, N.A.,

                        Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 2, 2025, this Court has granted Capital One's unopposed motion for attorneys' fees, costs and expenses and thereby awarded Capital One $992,248.48 in fees, costs, and expenses.

**Dated:** New York, New York
           January 2, 2025

                                                **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                                  **BY:**  *K. Mango*

                                                        **Deputy Clerk**